**B1 (Official Form 1)(04/13)**

# United States Bankruptcy Court
## District of Arizona

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): **Krieg Family Limited Partnership** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **DBA Days Inn Safford** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all) **91-1803769** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): **520 East Highway 70** **Safford, AZ** ZIP Code **85546** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP Code |
| County of Residence or of the Principal Place of Business: **Graham** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): **P.O. Box M** **Safford, AZ** ZIP Code **85548** | Mailing Address of Joint Debtor (if different from street address): ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

### Type of Debtor
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ■ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Chapter 15 Debtors
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

### Nature of Business
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

### Tax-Exempt Entity
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **Krieg Family Limited Partnership** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X_____
Signature of Attorney for Debtor(s)        (Date)

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Krieg Family Limited Partnership** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X  /s/ SALLY M. DARCY**
Signature of Attorney for Debtor(s)

**SALLY M. DARCY 006758**
Printed Name of Attorney for Debtor(s)

**McEVOY DANIELS & DARCY PC**
Firm Name

**4560 EAST CAMP LOWELL DRIVE**
**TUCSON, AZ 85712**

Address

**Email: darcysm@aol.com**
**(520) 326-0133  Fax: (520) 326-5938**
Telephone Number

**June 17, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Mary Lou Krieg**
Signature of Authorized Individual

**Mary Lou Krieg**
Printed Name of Authorized Individual

**General Partner**
Title of Authorized Individual

**June 17, 2014**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Arizona

In re **Krieg Family Limited Partnership**     Case No.
                                Debtor(s)     Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| AFLAC<br>1932 Wynnton Road<br>Columbus, GA 31999 | AFLAC<br>1932 Wynnton Road<br>Columbus, GA 31999 | Business Debt | | 508.92 |
| American Hotel Register<br>P.O. Box 71299<br>Chicago, IL 60694 | American Hotel Register<br>P.O. Box 71299<br>Chicago, IL 60694 | Business Debt | | 6,215.71 |
| Carbon's Golden Malted<br>P.O. Box 71<br>Buchanan, MI 49107 | Carbon's Golden Malted<br>P.O. Box 71<br>Buchanan, MI 49107 | Business Debt | | 306.00 |
| Ciena Capital Funding, LLC<br>c/o Ethan Minkin, Minkin & Harnisch<br>6515 North 12th Street, Suite B<br>Phoenix, AZ 85014 | Ciena Capital Funding, LLC<br>c/o Ethan Minkin, Minkin & Harnisch<br>6515 North 12th Street, Suite B<br>Phoenix, AZ 85014 | Days Inn Safford<br>520 East Highway 70<br>Safford, Arizona 85546 | | 2,175,000.00<br><br>(900,000.00 secured) |
| City of Safford<br>P.O. Box 551<br>Safford, AZ 85548 | City of Safford<br>P.O. Box 551<br>Safford, AZ 85548 | Business Debt | | 2,161.36 |
| Courtesy Products<br>P.O. Box 840020<br>Kansas City, MO 64184 | Courtesy Products<br>P.O. Box 840020<br>Kansas City, MO 64184 | Business Debt | | 246.56 |
| Days Inn Worldwide<br>15009 Collection Center Drive<br>Chicago, IL 60693 | Days Inn Worldwide<br>15009 Collection Center Drive<br>Chicago, IL 60693 | Business Debt | | 16,000.14 |
| Dex Media West<br>P.O. Box 79167<br>Phoenix, AZ 85062 | Dex Media West<br>P.O. Box 79167<br>Phoenix, AZ 85062 | Business Debt | | 135.09 |
| Goodman Company, Attn Eric Munoz<br>7401 Security Way<br>Houston, TX 77040 | Goodman Company, Attn Eric Munoz<br>7401 Security Way<br>Houston, TX 77040 | Business Debt | | 2,334.59 |
| Graham County Health Department<br>826 West Main Street<br>Safford, AZ 85546 | Graham County Health Department<br>826 West Main Street<br>Safford, AZ 85546 | Business Debt | | 100.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Krieg Family Limited Partnership**                                    Case No. _____
                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| HD Supply Facilities Maintenance<br>P.O. Box 509058<br>San Diego, CA 92150 | HD Supply Facilities Maintenance<br>P.O. Box 509058<br>San Diego, CA 92150 | Business Debt | | 1,110.28 |
| Hubert<br>25401 Network Place<br>Chicago, IL 60673 | Hubert<br>25401 Network Place<br>Chicago, IL 60673 | Business Debt | | 122.42 |
| ITD Print Solutions<br>P.O. Box 6205<br>Carson, CA 90749 | ITD Print Solutions<br>P.O. Box 6205<br>Carson, CA 90749 | Business Debt | | 640.00 |
| Muzak, LLC<br>P.O. Box 71070<br>Charlotte, NC 28272 | Muzak, LLC<br>P.O. Box 71070<br>Charlotte, NC 28272 | Business Debt | | 356.83 |
| Office Depot<br>P.O. Box 88040<br>Chicago, IL 60680 | Office Depot<br>P.O. Box 88040<br>Chicago, IL 60680 | Business Debt | | 141.48 |
| Safford Builders Supply<br>707 Sixth Avenue<br>Safford, AZ 85546 | Safford Builders Supply<br>707 Sixth Avenue<br>Safford, AZ 85546 | Business Debt | | 4,911.30 |
| USA Today<br>P.O. Box 677446<br>Dallas, TX 75267 | USA Today<br>P.O. Box 677446<br>Dallas, TX 75267 | Buxiness Debt | | 143.75 |
| Valley Security Service<br>3136 West Main Street<br>Thatcher, AZ 85552 | Valley Security Service<br>3136 West Main Street<br>Thatcher, AZ 85552 | Business Debt | | 105.00 |
| Valley Telephone Cooperative<br>P.O. Box 970<br>Willcox, AZ 85644 | Valley Telephone Cooperative<br>P.O. Box 970<br>Willcox, AZ 85644 | Business Debt | | 703.39 |
| Vista Recycling<br>114 West 8th Street<br>Safford, AZ 85546 | Vista Recycling<br>114 West 8th Street<br>Safford, AZ 85546 | Buxiness Debt | | 460.23 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the General Partner of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **June 17, 2014**                          Signature  **/s/ Mary Lou Krieg**
                                                            **Mary Lou Krieg**
                                                            **General Partner**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Krieg Family Limited Partnership -

AFLAC
1932 WYNNTON ROAD
COLUMBUS GA 31999


AMERICAN HOTEL REGISTER
P.O. BOX 71299
CHICAGO IL 60694


CARBON'S GOLDEN MALTED
P.O. BOX 71
BUCHANAN MI 49107


CIENA CAPITAL FUNDING, LLC
C/O ETHAN MINKIN, MINKIN & HARNISCH
6515 NORTH 12TH STREET, SUITE B
PHOENIX AZ 85014


CITY ELECTRIC SUPPLY
806 WEST THATCHER BLVD.
SAFFORD AZ 85546


CITY OF SAFFORD
P.O. BOX 551
SAFFORD AZ 85548


CITY OF SAFFORD-BUSINESS LICENSING
P.O. BOX 272
SAFFORD AZ 85548


COURTESY PRODUCTS
P.O. BOX 840020
KANSAS CITY MO 64184


DAYS INN OF AMERICA, INC.
P.O. BOX 4090
ABERDEEN SD 57401


DAYS INN WORLDWIDE
15009 COLLECTION CENTER DRIVE
CHICAGO IL 60693


DAYS INN WORLDWIDE
1 SYLVAN WAY
PARSIPPANY NJ 07054

Krieg Family Limited Partnership -

DEAN AND MARY LOU KRIEG
2309 BRANDING IRON LANE
SAFFORD AZ 85546

DEX MEDIA WEST
P.O. BOX 79167
PHOENIX AZ 85062

ETHOSTREAM, LLC
P.O. BOX 50541
SAINT LOUIS MO 63150

GOODMAN COMPANY, ATTN ERIC MUNOZ
7401 SECURITY WAY
HOUSTON TX 77040

GRAHAM COUNTY HEALTH DEPARTMENT
826 WEST MAIN STREET
SAFFORD AZ 85546

HD SUPPLY FACILITIES MAINTENANCE
P.O. BOX 509058
SAN DIEGO CA 92150

HOSPITALITY MANAGEMENT OF ARIZONA, INC.
450 ENTERTAINMENT AVENUE
SAFFORD AZ 85546

HUBERT
25401 NETWORK PLACE
CHICAGO IL 60673

ITD PRINT SOLUTIONS
P.O. BOX 6205
CARSON CA 90749

LODGECO
441 SOUTH CALLE ENCILIA, #14
PALM SPRINGS CA 92262

MUZAK, LLC
P.O. BOX 71070
CHARLOTTE NC 28272

Krieg Family Limited Partnership -

OFFICE DEPOT
P.O. BOX 88040
CHICAGO IL 60680

ONITY, INC.
LOCKBOX 223067
PITTSBURGH PA 15251-2067

RESERVATION SOFTWARE
C/O DAYS INN WORLDWIDE
15009 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

SAFFORD BUILDERS SUPPLY
707 SIXTH AVENUE
SAFFORD AZ 85546

USA TODAY
P.O. BOX 677446
DALLAS TX 75267

VALLEY SECURITY SERVICE
3136 WEST MAIN STREET
THATCHER AZ 85552

VALLEY TELEPHONE COOPERATIVE
P.O. BOX 970
WILLCOX AZ 85644

VISTA RECYCLING
114 WEST 8TH STREET
SAFFORD AZ 85546

ANTHONY GRAFITTI (FOR CIENA)
6750 EAST CAMELBACK ROAD, SUITE 100
SCOTTSDALE AZ 85251